Kevin R. Sutherland (State Bar No.: 163746)
Michael A. Hession (State Bar No.: 219103)
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801
Email: kevin.sutherland@clydeco.us
           michael.hession@clydeco.us

Attorneys for Defendant
ICELANDAIR

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIN PHIFER,<br>                Plaintiff,<br><br>v.<br><br>ICELANDAIR, ICELANDAIR NORTHAMERICA, and DOES 1 through 10 inclusive,<br><br>                Defendants | Case No: 2:08-cv-06561-ODW-CW<br><br>JUDGMENT<br><br>Hearing Date:  October 5, 2009<br>Pretrial Conference: November 9, 2009<br>Trial Date:  December 1, 2009<br>Time:  1:30 p.m.<br>Place:  Courtroom 11 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

Having considered Defendant's motion for summary judgment and supporting papers, Plaintiff's opposition brief and supporting papers, as well as all submissions on file with the Court, the Court finds as follows:

1. The Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999, a treaty of The United States commonly known as the Montreal Convention, exclusively governs the rights and liabilities of the parties to this lawsuit; and,

2. Plaintiff's alleged injuries were not caused by an "accident" under Article 17 of the Montreal Convention and, therefore, defendant Icelandair is not liable to plaintiff for her alleged injuries.

Accordingly, Defendant Icelandair's Motion for Summary Judgment is granted in its entirety, and Plaintiff's Complaint is hereby dismissed with prejudice.

Dated: _____October 29, 2009

_____
THE HONORABLE OTIS D. WRIGHT, II

-2-
JUDGMENT
142459_1.DOC