UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-06561-ODW(CWx) | Date | January 12, 2012 |
|---|---|---|---|
| Title | Elin Phifer v. Icelandair et al | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Sheila English | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:**       **( In Chambers):**    **Order to Show Cause re Case Settlement**

　　　The Court is in receipt of the Notice of Settlement [53] filed November 29, 2011. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday,** January 30, 2012 at 1:30 p.m.

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | | se |