```
Kevin R. Sutherland (State Bar No.: 163746)
Michael A. Hession (State Bar No.: 219103)
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801
Email: kevin.sutherland@clydeco.us
       michael.hession@clydeco.us

Attorneys for Defendant
ICELANDAIR, also erroneously
sued as ICELANDAIR NORTH AMERICA
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIN PHIFER,<br>       Plaintiff,<br><br>v.<br><br>ICELANDAIR, ICELANDAIR NORTHAMERICA, and DOES 1 through 10 inclusive,<br><br>       Defendants. | Case No: CV 08-06561-ODW (CWx)<br><br>STIPULATION RE: DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between plaintiff Elin Phifer and defendant Icelandair, also erroneously sued herein as Icelandair North America, by their attorneys of record, that plaintiff's complaint against Icelandair be and hereby is dismissed, in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear their own fees and costs of suit.

Dated: January 18, 2012        LAW OFFICES OF RICHARD DEVIRIAN

By: _____
RICHARD C. DEVIRIAN
Attorneys for Plaintiff
ELIN PHIFER

STIPULATION RE: DISMISSAL WITH PREJUDICE

Dated: January 18, 2012

CLYDE & CO US LLP

By: _____
KEVIN R. SUTHERLAND
MICHAEL A. HESSION
Attorneys for Defendant
ICELANDAIR

607687v1

## PROOF OF SERVICE

### STATE OF CALIFORNIA
### COUNTY OF SAN FRANCISCO

I am a employed in the County of San Francisco, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 101 Second Street, 24th Floor, San Francisco, California 94105.

On January 18, 2012, I served the document(s) described as:

**STIPULATION RE: DISMISSAL WITH PREJUDICE**

on the parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ **(BY MAIL):** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare under penalty of perjury according to the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 18, 2012, at San Francisco, California.

*Patricia Inabnet*

-3-
STIPULATION RE: DISMISSAL WITH PREJUDICE

607687v1

## SERVICE LIST

Richard C. Devirian, Esq.
Law Offices of Richard Devirian
23326 Hawthorne Blvd., Suite 235
Torrance, CA 90505
Tel:  310-375-0099
Fax:  310-375-0021
E-Mail: rdevirian@aol.com
Attorneys for Plaintiff

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

-4-
STIPULATION RE: DISMISSAL WITH PREJUDICE
607687v1